AO 106A (08/18) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

In the Matter of the Search of )
*(Briefly describe the property to be searched or identify the person by name and address)* )
Target Location and Target Individual as particularly described in attachment A to the search warrant affidavit of SA Britton Lorenzen dated August 1, 2024 )

Case No.  3:24-cr-00655

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See description of Target Location and Target Individual in attachment A of the affidavit of HSI Special Agent Britton Lorenzen

located in the _____ District of _____ South Carolina _____, there is now concealed *(identify the person or describe the property to be seized)*:

See description of things to be seized in attachment B to the affidavit of HSI Special Agent Britton Lorenzen

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252A(b)(5) | Possession of child pornography |

The application is based on these facts:
See attached affidavit of HSI Special Agent Britton Lorenzen

☑ Continued on the attached sheet.

☐ Delayed notice of ____ days *(give exact ending date if more than 30 days: _____)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Britton B. Lorenzen*
Applicant's signature

Britton Lorenzen, Special Agent, HSI
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by video conference (FaceTime app) *(specify reliable electronic means)*.

Date: August 1, 2024

*Paige J. Gossett*
Judge's signature

City and state: Columbia, South Carolina

Paige J. Gossett, United States Magistrate Judge
Printed name and title